No. 95–8108. WHARTON v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 95–8394. MEDINA v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 95–8540. BERGET v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 95–8545. RADIC v. CHICAGO TRANSIT AUTHORITY. C. A. 7th Cir. Certiorari denied.

No. 95–8546. MCQUEEN v. CANNON ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8552. JACKSON v. ALABAMA. Sup. Ct. Ala. Certiorari denied.

No. 95–8553. MESSLER ET AL. v. FARMER, JUDGE, DISTRICT COURT OF APPEAL OF FLORIDA, FOURTH DISTRICT, ET AL. Sup. Ct. Fla. Certiorari denied.

No. 95–8555. BISHOP v. RICKLES, FULTON COUNTY CHILD SUPPORT RECEIVER, FOR THE USE AND BENEFIT OF SMITH. C. A. 11th Cir. Certiorari denied.

No. 95–8556. CHRISTOPHER v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 95–8562. GLASSCOCK v. UTAH. Ct. App. Utah. Certiorari denied.

No. 95–8565. DUELL v. UTAH ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–8566. YOUNGS v. WHELESS, BANKRUPTCY JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, ET AL. C. A. 5th Cir. Certiorari denied.

No. 95–8568. LUCAS v. THOMPSON, WARDEN. Super. Ct. Tattnall County, Ga. Certiorari denied.

No. 95–8570. CALHOUN v. ALLEN ET AL. C. A. 7th Cir. Certiorari denied.